McGREGOR SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723
Facsimile: (916) 554-2900

Attorney for Plaintiff
United States of America

**SEALED**
**LODGED**

MAY - 4 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TENNESSEE, TEXAS, VIRGINIA, and the DISTRICT OF COLUMBIA, ex rel. ROBERT PEARSON,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.<br><br>Defendant. | 2:05-CV-1924 WBS/KJM<br><br>**ORDER [PROPOSED]**<br><br>[FILED UNDER SEAL] |

**FILED**

MAY - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1

```
 1  McGREGOR SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723
    Facsimile: (916)554-2900
 5
    Attorney for Plaintiff
 6  United States of America

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA and the  )  2:05-CV-1924 DFL/KJM
    STATES OF CALIFORNIA, DELAWARE,   )
11  FLORIDA, HAWAII, ILLINOIS,        )  ORDER [PROPOSED]
    LOUISIANA, MASSACHUSETTS, NEVADA, )
12  NEW HAMPSHIRE, NEW MEXICO,        )
    TENNESSEE, TEXAS, VIRGINIA, and the)
13  DISTRICT OF COLUMBIA, ex rel.     )
    ROBERT PEARSON,                   )  ~~FILED UNDER SEAL~~
14                                    )
           Plaintiffs,                )
15                                    )
         v.                           )
16                                    )
    ABBOTT LABORATORIES, INC.         )
17                                    )  DATE:      N/A
           Defendant.                 )  TIME:      N/A
18  _____)      COURTROOM: N/A

19
20       The United States having declined to intervene in this
21  action pursuant to the False Claims Act, 31 U.S.C.
22  § 3730(b)(4)(B), the Court rules as follows:
23       IT IS ORDERED that
24       1.  The complaint be unsealed and served upon the defendant
25  by the relator;
26       2.  All other contents of the Court's file in this action
27  remain under seal and not be made public or served upon the
28  defendant, except for this Order and the United States of

                                  1
```

America's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States, and that

6. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,
This 5th day of May, 2006.

WILLIAM B. SHUBB, US DISTRICT JUDGE
U.S. District Court

America's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States, and that

6. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,
This 5th day of May, 2006.

WILLIAM B. SHUBB, US DISTRICT JUDGE
U.S. District Court

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and ia a person of such age and discretion to be competent to serve papers.

That on May 4, 2005, she served a copy of **ORDER [PROPOSED]** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es), and by depositing said envelope in the United States mail at Sacramento, California, or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY UNITED STATES MAIL          SERVED BY INTER-OFFICE DELIVERY

Erika A. Kelton, Esq.
Larry P. Zoglin, Esq.
Phillips and Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036

LYDIA D. EDINBOROUGH