```
 1  BILL LOCKYER, Attorney General
      of the State of California
 2  BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
    BRIAN V. FRANKEL
 3    Supervising Deputy Attorney General
    SUZANNE B. GIORGI, State Bar No. 114496
 4    Deputy Attorney General
    1425 River Park Drive, Suite 300
 5  Sacramento, California 95815
    Telephone:  (916) 263-0840
 6  Facsimile:   (916) 274-2929
    Suzanne.Giorgi@doj.ca.gov
 7
    Attorneys for Plaintiff State of California
 8
```

**FILED**

MAY 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**LODGED**

MAY - 5 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TENNESSEE, TEXAS, VIGINIA, and the DISTRICT OF COLUMBIA, *ex rel.*, ROBERT PEARSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>        Defendant. | Case No.: 05-CV-1924 WBS KJM<br><br>**[PROPOSED] ORDER EXTENDING SEAL, AND THE TIME TO MAKE AN INTERVENTION DETERMINATION; AND FOR A PARTIAL UNSEALING**<br><br>[Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>[AG Dkt. No. SA2006100593] |

    The Court has considered the *ex parte* application of the State of California for an extension of the seal and of the time to make an intervention determination, and for a partial unsealing, including the accompanying memorandum of points and authorities and the declaration of Suzanne B. Giorgi in support thereof.

    Good cause appearing, the State of California shall have to and including November 6, 2006, to inform this Court as to its decision whether to intervene in this matter. All proceedings and other documents filed in this action shall remain under seal until further order of this Court,

---

1

[Proposed] Order Extending Seal, and the Time to Make an Intervention Determination; and for a Partial Unsealing

1  other than the partial unsealing addressed below.

2  There shall be a partial lifting of the seal, to allow the sharing of information and
3  documentation concerning this action among the governmental entities named in the caption
4  (including the states and the United States of America), the governmental offices representing
5  such governmental entities (including other Medicaid Fraud Control Units and USDOJ), and the
6  underlying state and/or federal agencies on whose behalf the claims have been made (including
7  what are known as "single state agencies", such as the California Department of Health Services,
8  which administers the Medi-Cal program).

9  IT IS SO ORDERED.

11  Dated: 5/10/2006

U.S. DISTRICT JUDGE WILLIAM B. SHUBB

2

[Proposed] Order Extending Seal, and the Time to Make an Intervention Determination; and for a Partial Unsealing

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Abbott Laboratories, Inc.*

No.:   **2:05-CV-1924 DFL KJM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On May 5, 2006, I served the attached:

*[Proposed] Order Extending Seal, and the Time to Make an Intervention Determination; and for a Partial Unsealing*

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Erika A. Kelton, Esq.
Larry P. Zoglin, Esq.
PHILLIPS & COHEN LLP
2000 Massachusetts Ave. NW
Washington, D.C. 20036

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 5, 2006, at Sacramento, California.

| B. Barton | |
|---|---|
| Declarant | Signature |

PO5PropOrder.wpd