BILL LOCKYER, Attorney General
of the State of California
BRIAN FRANKEL
Supervising Deputy Attorney General
SUZANNE B. GIORGI, State Bar No. 114496
Deputy Attorney General
1425 River Park Drive, Suite 300
Sacramento, California 95815
Telephone: (916) 263-0840
Facsimile: (916) 274-2929
Suzanne.Giorgi@doj.ca.gov

[No Fee Required Pursuant to Gov. Code § 6103]

Attorneys for Plaintiff State of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TENNESSEE, TEXAS, VIRGINIA, and the DISTRICT OF COLUMBIA, *ex rel.*, ROBERT PEARSON,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendant. | Case No.: 05-CV-1924 WBS KJM<br><br>[PROPOSED] ORDER CONSENTING TO THE VOLUNTARY DISMISSAL OF ACTION<br><br>[AG Dkt. No. SA2006100593] |

The Court having considered the Request of the State of California for Voluntary Dismissal of the Complaint and its accompanying declaration in support thereof, and taking into account the best interests of the parties involved and the public purposes behind this act;

/ / /

/ / /

/ / /

/ / /

1

1  **THE COURT CONSENTS** to the dismissal of Complaint No. CIV. 05-CV-1924 WBS
2  KJM.
3  **IT IS ORDERED THAT** the Complaint is dismissed without prejudice to the State of
4  California.
5  DATED: May 17, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE